# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

| | |
|---|---|
| SKIP ERICHSEN, ) | |
|       Plaintiff, ) | |
| ) | Case No. 15-cv-605 |
| vs. ) | |
| SYNCHRONY BANK, ) | |
|       Defendant. ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SKIP ERICHSEN, by and through the undersigned counsel, and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated: February 12, 2016

RESPECTFULLY SUBMITTED,
By:/s/ Raymond Probst
Raymond Probst
827 Armstrong Ave.
Kansas City, KS 66101
Tel: (913) 281-0699
rprobst@probst-law.com

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System and by electronic mail.

/s/ Raymond Probst
Raymond Probst
Attorney for Plaintiff

2
NOTICE OF SETTLEMENT

Case 4:15-cv-00605-NKL   Document 12   Filed 02/12/16   Page 2 of 2